UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN W. FREEMAN,<br><br>                       Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH & HOSPITALS; MITCHELL KATZ, M.D.; CRISTINA CONTRERAS,<br><br>                       Defendants. | 24-CV-3678 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 2, 2024
          New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge